JOHN F. STEVENS *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The named defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven is granted by the court.

*Leonard M. Caine,* in support of the petition.

Decided July 30, 1980

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES *v.* EDWARD SULLIVAN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*J. Roger Shull,* in support of the petition.

*Charles E. Gooley,* assistant attorney general, in opposition.

Decided August 11, 1980